■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL GRESHEN, Appellant. — Appeal by·defendant from a judgment of the County Court, Westchester County (Martin, J.), rendered November 3, 1981, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. Defendant seeks review of the denial, after a hearing, of those branches of his pretrial motion which sought suppression of certain evidence. Judgment affirmed. The record indicates that at the time of the entry of his plea, defendant knowingly and voluntarily waived his right to appeal from the denial of those branches of his pretrial motion which sought suppression of certain evidence after having been fully informed of the consequences of such a waiver (see *People v Williams,* 36 NY2d 829, cert den. *sub nom. Williams v New York,* 423 US 873; see, also, *People v Rolston,* 66 AD2d 617, 629, n 5 [Shapiro, J.], affd 50 NY2d 1048). In any event, were we to reach the merits we would affirm. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH A. HAUSER, Appellant. — Judgment of the Supreme Court, Queens County (Sherman, J.), rendered September 24, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS JIMENEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered January 19, 1981, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Appeal dismissed. Upon his release from custody, the defendant was deported to Panama and his whereabouts are unknown. Accordingly, the appeal should be dismissed (see *People v Del Rio,* 13 NY2d 899). Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.